## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| ELIZABETH RIDER, ROBERT BRADLEY HENSLEY, JOHN L. IRONS, and REBECCA IRONS, as individuals and on behalf of all others similarly situated | PLAINTIFFS |
| v.   No. 4:11CV00375 JLH | |
| REGIONS FINANCIAL CORPORATION and REGIONS BANK | DEFENDANTS |

### ORDER

Wm. Dean Overstreet, local counsel for the defendants, has filed a motion for admission *pro hac vice* on behalf of William J. Holley, Jr., and David B. Darden. The motion is GRANTED. Document #15. William J. Holley, Jr., and David B. Darden are hereby admitted to appear before this Court as co-counsel in this action for the defendants.

IT IS SO ORDERED this 11th day of July, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE