**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ELIZABETH RIDER, ROBERT BRADLEY HENSLEY, JOHN L. IRONS, and REBECCA IRONS, as individuals and on behalf of all others similarly situated | PLAINTIFFS |
| v.       No. 4:11CV00375 JLH | |
| REGIONS FINANCIAL CORPORATION and REGIONS BANK | DEFENDANTS |

**ORDER**

Regions Bank has filed a motion for reconsideration of the Order cancelling the hearing scheduled for August 9, 2011. Regions Bank contends that the Court has jurisdiction to rule, which is correct, and that waiting on the Judicial Panel on Multi-District Litigation to rule on the transfer issue would unduly delay these proceedings. While there may be some delay in waiting for the Multi-District Litigation Panel to rule on the transfer issue, the Court would be surprised if the delay is lengthy. If the Multi-District Litigation Panel decides to transfer this case, it would be better for the pending motions to be decided by the transferee court so as to ensure uniformity among all of the cases that have similar issues pending. If, however, the Multi-District Litigation Panel concludes that this case should not be transferred, the Court will schedule a hearing on the pending motions as promptly as possible.

Therefore, the motion for reconsideration is DENIED. Document #22.

IT IS SO ORDERED this 8th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE